FILED

*December 3, 2015*

Third Court of Appeals
Jeffrey D. Kyle
Clerk

NO. 03-15-00467-CR

IN THE

COURT OF APPEALS

FOR THE THIRD SUPREME JUDICIAL DISTRICT OF TEXAS

AMADOR FERNANDEZ,

Appellant.

VS.

THE STATE OF TEXAS,

Appellee.



RECEIVED

DEC 0 3 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

From the 119TH Judicial District Court
of Tom Green County, Texas
Honorable Ben Woodward, District Judge Presiding

## MOTION FOR PRO SE ACCESS TO THE APPELLATE RECORD

To the honorable justice of said court:

Amador Fernandez, acting Pro Se, files this Motion for Pro Se Access to the
Appellate Record.

1.      Appellant's court-appointed counsel has filed a Motion to Withdraw

and an *Anders* brief.

2. Movant desires to exercise his right to review the record and file a response on his behalf identifying matters which the court should consider in deciding whether the case presents any meritorious grounds for appeal.

3. In order to effectively prepare the response, Movant needs access to the appellate record.

Movant asks that the court order the clerk of the trial court to provide Movant with a copy of the appellate record.

By: _____

Amador Fernandez

Pro Se

Amador Fernandez
711 E. Ave. D
San Angelo, Tx. 76903

76768+2547

ABILENE TX 795
30 NOV 2015 PM 2 L

FOREVER

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547